**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 25-6185**

———————

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

    v.

GERARD RODERKUS FENNER,

        Defendant - Appellant.

———————

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  James C. Dever III, District Judge.  (5:20-cr-00085-D-1)

———————

Submitted:  May 22, 2025                      Decided:  May 28, 2025

———————

Before KING, AGEE, and WYNN, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Gerard Fenner, Appellant Pro Se.  David A. Bragdon, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Raleigh, North Carolina, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Gerard Roderkus Fenner appeals the district court's order denying relief on his 18 U.S.C. § 3582(c)(2) motion for a sentence reduction.  We have reviewed the record and find no reversible error.  Accordingly, we affirm the district court's order.  *United States v. Fenner*, No. 5:20-cr-00085-D-1 (E.D.N.C. Mar. 13, 2025).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*